UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMIKO RANSOME,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. BARON,<br><br>　　　　　Defendant. | 1:16-cv-01545-MJS (PC)<br><br>ORDER VACATING ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 5) |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 21, 2016, the Court issued an order directing Plaintiff to either pay the $400.00 filing fee or submit an application to proceed in forma pauperis. (ECF No. 5.) However, it appears Plaintiff had filed a motion to proceed in forma pauperis with the Court on October 17, 2016. (ECF No. 3.) She need not file another application.

　　　　Accordingly, IT IS HEREBY ORDERED that the order directing Plaintiff to file an application to proceed in forma pauperis (ECF No. 5) is VACATED.

IT IS SO ORDERED.

Dated:　October 24, 2016　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1