UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMIKO RESHAWN RANSOME, | Case No. 1:16-cv-01545-LJO-JDP |
| Plaintiff, | SECOND ORDER DIRECTING PLAINTIFF TO COMPLETE AND RETURN SERVICE DOCUMENTS |
| v. | |
| M. BARON, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On August 23, 2018, the court issued an order directing service. (Doc. No. 23.) The court ordered the clerk of court to send plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Second Amended Complaint filed on November 29, 2017. (*Id.*) Plaintiff was required to complete the Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. One completed summons;

    b. One completed USM-285 form for defendant Baron; and

    c. Two copies of the endorsed Second Amended Complaint.

1

(*Id.*)  Plaintiff submitted some of the service documents to the court within the allotted time, but he failed to submit a second copy of the endorsed Second Amended Complaint.  He also failed to provide an address on the service documents to serve defendant.

Accordingly, it is HEREBY ORDERED that

1. Service is appropriate for the following defendant from the Central California Women's Facility in Chowchilla, California: Correctional Officer M. Baron.
2. The clerk of court shall return the service documents to plaintiff: one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Second Amended Complaint filed on November 29, 2017.  (Doc. No. 14.)
3. Within thirty (30) days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:
    a. One completed summons;
    b. One completed USM-285 form for defendant Baron; and
    c. Two copies of the endorsed Second Amended Complaint.
4. Plaintiff must provide an address on the service documents to serve defendant.
5. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the U.S. Marshals Service to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4, without payment of costs by plaintiff.
6. The failure to comply with this order will result in the undersigned judge recommending dismissal of this action for failure to comply with court orders and prosecute.

IT IS SO ORDERED.

Dated: September 19, 2018

UNITED STATES MAGISTRATE JUDGE